IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| LIANE MCDONALD | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 16-264 |
| WELLS FARGO BANK, N.A. | : | |

## ORDER

**AND NOW**, this 25th day of February 2019, upon considering Plaintiff's non-compliant Motion to strike (ECF Doc. No. 107), it is **ORDERED** Plaintiff's Motion to strike (ECF Doc. No. 107) is **STRICKEN** as non-compliant with this Court's Policies (IV. A.) concerning page limits on Motions **without prejudice** to be filed compliant with our Policies no later than **February 26, 2019.**

KEARNEY, J.