# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| LIANE MCDONALD | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | NO. 16-264 |
| WELLS FARGO BANK, N.A. | : | |

## ORDER

**AND NOW**, this 28th day of February 2019, upon considering the Intervenors' uncontested Motion to reschedule the hearing (ECF Doc. No. 117), it is **ORDERED**:

1. The Intervenor's uncontested Motion (ECF Doc. No. 117) is **GRANTED**;

2. We **amend** our February 26, 2019 Order (ECF Doc. No. 114) only to schedule oral argument on all pending Motions not exceeding two hours on **March 18, 2019** at **2:00 P.M.** in Courtroom 6B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania; and,

3. All other obligations in our February 26, 2019 Order (ECF Doc. No. 114) remain in effect.

_____
**KEARNEY, J.**